# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HILLSIDE VILLAS CONDOMINIUM ASSOCIATION, INC. | : | No. 107 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| BOTTARO DEVELOPMENT COMPANY, MERVIN E.S. RESNICK AND JOYCE K. RESNICK IRREVOCABLE TRUST, JOHN L. BOTTARO, LAWRENCE J. BOTTARO, BOTTARO CONSTRUCTION COMPANY | : : : : : | |
| | : | |
| | : | |
| PETITION OF: MERVIN E.S. RESNICK AND JOYCE K. RESNICK IRREVOCABLE TRUST | : : : | |
| | | |
| HILLSIDE VILLAS CONDOMINIUM ASSOCIATION, INC. | : | No. 108 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| BOTTARO DEVELOPMENT COMPANY, MERVIN E.S. RESNICK AND JOYCE K. RESNICK IRREVOCABLE TRUST, JOHN L. BOTTARO, LAWRENCE J. BOTTARO, BOTTARO CONSTRUCTION COMPANY | : : : : : | |
| | : | |
| | : | |
| PETITION OF: MERVIN E.S. RESNICK AND JOYCE K. RESNICK IRREVOCABLE TRUST | : : : | |

## ORDER


**PER CURIAM**

**AND NOW**, this 13th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.